Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
**12/22**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** | **Ian** | **Brianne** |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | First name | First name |
| | | | **Elaine** |
| | | Middle name | Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Van Reenen** | **Van Reenen** |
| | | Last name | Last name |
| | | Suffix (Sr., Jr, II, III) | Suffix (Sr., Jr, II, III) |

| | | | |
|---|---|---|---|
| **2.** | **All other names you have used in the last 8 years** | **Ian** | **Brianne** |
| | | First name | First name |
| | Include your married or maiden names and any assumed, trade names and *doing business as* names. | | **Elaine** |
| | | Middle name | Middle name |
| | | **Vanreenen** | **Vanreenen** |
| | | Last name | Last name |
| | Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Ian** | **Brianne** |
| | | First name | First name |
| | | | **E** |
| | | Middle name | Middle name |
| | | **Van Reenen, Jr** | **Jamison** |
| | | Last name | Last name |
| | | Business name (if applicable) | Business name (if applicable) |
| | | Business name (if applicable) | Business name (if applicable) |

| | | | |
|---|---|---|---|
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **4  5  4  3**<br>OR<br>**9**xx - xx - __ __ __ __ | xxx - xx - **3  9  5  2**<br>OR<br>**9**xx - xx - __ __ __ __ |

Debtor 1    **Ian**    **Van Reenen**
Debtor 2    **Brianne**    **Elaine**    **Van Reenen**

First Name    Middle Name    Last Name

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | EIN  _ _ - _ _ _ _ _ _ _ | EIN  _ _ - _ _ _ _ _ _ _ |
| | EIN  _ _ - _ _ _ _ _ _ _ | EIN  _ _ - _ _ _ _ _ _ _ |

**5.** **Where you live**

**513 Clubview Dr**

Number    Street

_____

**Levelland, TX 79336-6311**

City    State    ZIP Code

**Hockley**

County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____

Number    Street

_____

P.O. Box

_____

City    State    ZIP Code

If Debtor 2 lives at a different address:

_____

Number    Street

_____

_____

City    State    ZIP Code

_____

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____

Number    Street

_____

P.O. Box

_____

City    State    ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

| Debtor 1 | **Ian** | | **Van Reenen** | |
|---|---|---|---|---|
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

<table>
<tr><td colspan="2">**Part 2:**  Tell the Court About Your Bankruptcy Case</td></tr>
</table>

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | | | MM / DD / YYYY | | | |
| | District _____ | | When _____ | | Case number _____ | |
| | | | MM / DD / YYYY | | | |
| | District _____ | | When _____ | | Case number _____ | |
| | | | MM / DD / YYYY | | | |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes.

| | Debtor _____ | | | Relationship to you _____ | |
|---|---|---|---|---|---|
| | District _____ | | When _____ | Case number, if known _____ | |
| | | | MM / DD / YYYY | | |
| | Debtor _____ | | | Relationship to you _____ | |
| | District _____ | | When _____ | Case number, if known _____ | |
| | | | MM / DD / YYYY | | |

**11.** **Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Ian** | | **Van Reenen** | |
|---|---|---|---|---|
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                    State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U. S. C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | **Ian** | | **Van Reenen** | |
|---|---|---|---|---|
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**Part 4:**  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

    ☑ No.
    ☐ Yes.   What is the hazard?   _____
    _____
    _____

    If immediate attention is needed, why is it needed?   _____
    _____
    _____

    Where is the property?   _____
    Number     Street

    _____
    City                          State      ZIP Code

| Debtor 1 | **Ian** | | **Van Reenen** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | | |
| | First Name | Middle Name | Last Name | | |

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Ian** | | **Van Reenen** | |
|---|---|---|---|---|
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts. _____

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
   ☑ No
   ☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Ian Van Reenen**
Ian Van Reenen, Debtor 1
Executed on **05/30/2024**
   MM/ DD/ YYYY

X **/s/ Brianne Elaine Van Reenen**
Brianne Elaine Van Reenen, Debtor 2
Executed on **05/30/2024**
   MM/ DD/ YYYY

| Debtor 1 | **Ian** | | **Van Reenen** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | | Case number *(if known)* |
| | First Name | Middle Name | Last Name | | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Sam C. Gregory**

Signature of Attorney for Debtor

Date **05/30/2024**

MM / DD / YYYY

**Sam C. Gregory**

Printed name

**Sam C. Gregory, PLLC**

Firm name

**2742 82nd St**

Number        Street

**Lubbock**                                        **TX**    **79423-1428**

City                                                 State    ZIP Code

Contact phone **(806) 687-4357**        Email address **sam@samcgregory.com**

**00792547**                                        **TX**

Bar number                                        State

| Fill in this information to identify your case and this filing: | | |
|---|---|---|
| Debtor 1 | **Ian**        **Van Reenen** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse, if filing) | **Brianne**    **Elaine**    **Van Reenen** | |
| | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | **Northern** District of **Texas** | |
| Case number | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1 **Lot Twenty (20), Block Two Hundred Twenty-Three (223), Thirteenth Addition to the City of Levelland, Hockley County, Texas, as shown by Plat recorded in Cabinet A, Slide 122 of the Hockley County, Texas Plat Records**
Street address, if available, or other description

**513 Clubview Dr**

**Levelland, TX 79336-6311**
City          State          ZIP Code

**Hockley**
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$255,000.00**

Current value of the portion you own? **$255,000.00**

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☑ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: **R05380**

Source of Value: **Debtors' Estimate**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here ................................ ➔ **$255,000.00**

### Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor  **Ian Van Reenen; Brianne Elaine Van Reenen**                                    Case number *(if known)* _____

---

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1   Make:        **Ford**            **Who has an interest in the property?** Check one.

Model:        **F-150**               ☐ Debtor 1 only
                                       ☐ Debtor 2 only
Year:         **2004**                 ☑ Debtor 1 and Debtor 2 only
                                       ☐ At least one of the debtors and another
Approximate mileage:  **190,000**      ☑ Check if this is community property (see instructions)

Other information:

| VIN: 1FTRX12W14NB86621 |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $4,141.00 | $4,141.00 |

If you own or have more than one, describe here:

3.2   Make:        **Volkswagen**      **Who has an interest in the property?** Check one.

Model:        **Tiguan SE**            ☐ Debtor 1 only
                                       ☐ Debtor 2 only
Year:         **2021**                 ☐ Debtor 1 and Debtor 2 only
                                       ☑ At least one of the debtors and another
Approximate mileage:  **56,000**       ☐ Check if this is community property (see instructions)

Other information:

| Leased Vehicle<br>VIN: 3VV3B7AX5MM094408 |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $17,700.00 | $0.00 |

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1   Make:        _____          **Who has an interest in the property?** Check one.

Model:        _____              ☐ Debtor 1 only
                                       ☐ Debtor 2 only
Year:         _____              ☐ Debtor 1 and Debtor 2 only
                                       ☐ At least one of the debtors and another
Other information:                     ☐ Check if this is community property (see instructions)

| |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
|  |  |

5.   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ......................................................  ➔

| $4,141.00 |

---

**Part 3:**    Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

---

Debtor   **Ian Van Reenen; Brianne Elaine Van Reenen**_____   Case number *(if known)*_____

| | | |
|---|---|---|
| 6. | **Household goods and furnishings** | |
| | *Examples:* Major appliances, furniture, linens, china, kitchenware | |
| | ☐ No | |
| | ☑ Yes. Describe. ......... | See Attached. | $3,875.00 |

7. **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☑ Yes. Describe. ......... | 3 Televisions, 2 Computers | $800.00

8. **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No

☑ Yes. Describe. ......... | Misc. Books, Misc. Paintings, Misc. Records | $1,450.00

9. **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

☑ Yes. Describe. ......... | Rower, Kayak, Golf Clubs, Electronic Keyboard | $325.00

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No

☐ Yes. Describe. ......... | | 

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe. ......... | His & Her Clothing | $325.00

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe. ......... | His & Her Personal Jewelry | $2,050.00

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☑ Yes. Describe. ......... | 2 Dogs, 3 Cats | $35.00

Debtor   **Ian Van Reenen; Brianne Elaine Van Reenen** _____   Case number *(if known)* _____

---

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific
    information. ............ [                                        ]   _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached**
    **for Part 3. Write that number here** ................................................................ ➔   | **$8,860.00** |

---

| **Part 4:** | Describe Your Financial Assets |

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No

    ☑ Yes ......................................................................................................... Cash: ...................   **$65.00**

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No

    ☑ Yes .....................   Institution name:

    | 17.1. Checking account: | **City Bank** **Account Number: 9786** | **$3,509.89** |
    | 17.2. Checking account: | **City Bank** **Account Number: 4454** | **$6.59** |
    | 17.3. Other financial account: | **Cash App Account** | **$0.00** |
    | 17.4. Other financial account: | **PayPal Account** | **$0.00** |
    | 17.5. Other financial account: | **PayPal Account** | **$0.00** |
    | 17.6. Other financial account: | **Venmo Account** | **$0.00** |
    | 17.7. Other financial account: | **Venmo Account** | **$0.00** |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No

    ☐ Yes .....................   Institution or issuer name:

    _____   _____

    _____   _____

    _____   _____

---

Debtor  **Ian Van Reenen; Brianne Elaine Van Reenen**  Case number *(if known)*

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them....................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Brianne Elaine Van Reenen is the sole member of Wild Lark Strategies, LLC (fdba Wild Lark Books) a Texas entity formed in December, 2018. The entity was originally created under the name of Wild Lark, LLC but changed/corrected its name to Wild Lark Strategies, LLC less than one week after formation. The entity was created for the purpose of operating a book store and publishing books.** | **100.00%** | **$0.00** |
| **This entity ceased active operation in August, 2023.** | | |
| **The remaining assets of the entity consists of 2 bank accounts at City Bank with minimal funds. Liabilities owed far exceed the value of the entity's assets.** | | |
| **Ian Van Reenen is the sole shareholder in Van Reenen Law, P.C. a Texas professional corporation formed in April, 2022. There are no assets owned by or liabilities owed by this entity.** | **100.00%** | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them....................  Issuer name:

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | | |
| Pension plan: | | |
| IRA: | | |
| Retirement account: | | |
| Keogh: | | |
| Additional account: | | |
| Additional account: | | |

Debtor    **Ian Van Reenen; Brianne Elaine Van Reenen**    Case number *(if known)*

---

22.    **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:*    Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes ..................    Institution name or individual:

Electric: _____    _____

Gas: _____    _____

Heating oil: _____    _____

Security deposit on rental unit: _____    _____

Prepaid rent: _____    _____

Telephone: _____    _____

Water: _____    _____

Rented furniture: _____    _____

Other: _____    _____

23.    **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ..................    Issuer name and description:

_____    _____

_____    _____

_____    _____

24.    **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ..................    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____    _____

_____    _____

_____    _____

25.    **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them. ...    _____    _____

26.    **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:*    Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them. ...    _____    _____

---

Official Form 106A/B    **Schedule A/B: Property**    page 6

Debtor   **Ian Van Reenen; Brianne Elaine Van Reenen**          Case number *(if known)*

| | |
|---|---|
| 27. | **Licenses, franchises, and other general intangibles** |

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No

☑ Yes. Give specific
information about them. ...

| | |
|---|---|
| **Ian Van Reenen holds a Law License (Personal license which cannot be transferred)** | **$0.00** |

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about
them, including whether you
already filed the returns and
the tax years. ...................

Federal: _____

State: _____

Local: _____

**29.  Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
settlement

☑ No

☐ Yes. Give specific information. ........

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30.  Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........          _____

**31.  Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company
of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Debtor  **Ian Van Reenen; Brianne Elaine Van Reenen**                    Case number *(if known)*_____

---

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........

_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ..............

_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ..............

_____

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........

_____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................➔   | **$3,581.48** |

---

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. .........

_____

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. .........

_____

---

Debtor   Ian Van Reenen; Brianne Elaine Van Reenen                    Case number *(if known)*_____

---

40.   **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. .........

41.   **Inventory**

☑ No

☐ Yes. Describe. .........

42.   **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                          % of ownership:

43.   **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

☐ No

☐ Yes. Describe. .........

44.   **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information .........

45.   **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
      **for Part 5. Write that number here** .................................................................................................... ➜   | $0.00 |

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46.   **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

---

Debtor   **Ian Van Reenen; Brianne Elaine Van Reenen**                    Case number *(if known)*

| | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes ..........................                                                                     _____

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
information. .............                                                                          _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes ..........................                                                                     _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ..........................                                                                     _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific
information. .............                                                                          _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...................................................................................  ➜   | $0.00 |

---

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific
information. ............                                                                           _____
                                                                                                    _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........................................  ➜   | $0.00 |

---

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** ...........................................................................................................  ➜   | $255,000.00 |

56.  **Part 2: Total vehicles, line 5**                      __$4,141.00__

Debtor  **Ian Van Reenen; Brianne Elaine Van Reenen**                                      Case number *(if known)*

| | | | | |
|---|---|---|---|---|
| 57. | **Part 3: Total personal and household items, line 15** | $8,860.00 | | |
| 58. | **Part 4: Total financial assets, line 36** | $3,581.48 | | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | | |
| 62. | **Total personal property.** Add lines 56 through 61. ............... | $16,582.48 | Copy personal property total ➔ | + $16,582.48 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ...................................................................................... | | | $271,582.48 |

Debtor   __Ian Van Reenen; Brianne Elaine Van Reenen__      Case number *(if known)* _____

Continuation Page

| 6. | Household goods and furnishings | |
|---|---|---|
| | **Bed, Dresser, 2 Lamps, Couch, Desk** | $190.00 |
| | **Bed, Dresser, 2 Night Stands, 2 Lamps, 2 Chairs** | $230.00 |
| | **Bed, Dresser, 2 Night Stands, 2 Lamps, Chair** | $370.00 |
| | **Sofa, 3 Side Chairs, Coffee Table, 2 End Tables, 2 Bookcases, 5 Lamps, Cabinet, Antique Stool, Entry Table** | $1,080.00 |
| | **Stove, Refrigerator, Dishwasher, Trash Compactor, Microwave Oven, Small Appliances, Pots and Pans, Dishes and Glassware, Flatware, Table and Chairs, China Cabinet, Bench** | $1,470.00 |
| | **Towels & linens, Toilette articles, 2 Cabinets, 2 Tables** | $160.00 |
| | **Washer, Dryer, Freezer, Misc. Garden Tools, Misc. Electric Tools, Lawn Mower** | $375.00 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Ian** | | **Van Reenen** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Texas** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106C

## Schedule C: The Property You Claim as Exempt

**04/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Lot Twenty (20), Block Two Hundred Twenty-Three (223), Thirteenth Addition to the City of Levelland, Hockley County, Texas, as shown by Plat recorded in Cabinet A, Slide 122 of the Hockley County, Texas Plat Records**<br>513 Clubview Dr Levelland, TX 79336-6311<br><br>Line from Schedule A/B:   **1.1** | **$255,000.00** | ☑ ___$33,175.79___<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| Brief description:<br>**2004 Ford F-150**<br>VIN: 1FTRX12W14NB86621<br><br>Line from Schedule A/B:   **3.1** | **$4,141.00** | ☑ ___$4,141.00___<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |

| Debtor 1 | **Ian** | | **Van Reenen** | |
|---|---|---|---|---|
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 2:   Additional Page

3. **Are you claiming a homestead exemption of more than $189,050?**

(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

| Debtor 1 | **Ian** | | **Van Reenen** | |
|---|---|---|---|---|
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**Part 2:    Additional Page**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:  **2021 Volkswagen Tiguan SE**  **VIN: 3VV3B7AX5MM094408 Leased Vehicle**  Line from *Schedule A/B:*  **3.2** | **$0.00** | ☑ **$0.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description:  **Bed, Dresser, 2 Night Stands, 2 Lamps, Chair**  Line from *Schedule A/B:*  **6** | **$370.00** | ☑ **$370.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:  **Bed, Dresser, 2 Night Stands, 2 Lamps, 2 Chairs**  Line from *Schedule A/B:*  **6** | **$230.00** | ☑ **$230.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:  **Bed, Dresser, 2 Lamps, Couch, Desk**  Line from *Schedule A/B:*  **6** | **$190.00** | ☑ **$190.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:  **Sofa, 3 Side Chairs, Coffee Table, 2 End Tables, 2 Bookcases, 5 Lamps, Cabinet, Antique Stool, Entry Table**  Line from *Schedule A/B:*  **6** | **$1,080.00** | ☑ **$1,080.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:  **Stove, Refrigerator, Dishwasher, Trash Compactor, Microwave Oven, Small Appliances, Pots and Pans, Dishes and Glassware, Flatware, Table and Chairs, China Cabinet, Bench**  Line from *Schedule A/B:*  **6** | **$1,470.00** | ☑ **$1,470.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

| Debtor 1 | **Ian** | | **Van Reenen** | |
|---|---|---|---|---|
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Towels & linens, Toilette articles, 2 Cabinets, 2 Tables**<br><br>Line from *Schedule A/B:* **6** | **$160.00** | ☑ **$160.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Washer, Dryer, Freezer, Misc. Garden Tools, Misc. Electric Tools, Lawn Mower**<br><br>Line from *Schedule A/B:* **6** | **$375.00** | ☑ **$375.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**3 Televisions, 2 Computers**<br><br>Line from *Schedule A/B:* **7** | **$800.00** | ☑ **$800.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Misc. Books, Misc. Paintings, Misc. Records**<br><br>Line from *Schedule A/B:* **8** | **$1,450.00** | ☑ **$1,450.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Rower, Kayak, Golf Clubs, Electronic Keyboard**<br><br>Line from *Schedule A/B:* **9** | **$325.00** | ☑ **$325.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**His & Her Clothing**<br><br>Line from *Schedule A/B:* **11** | **$325.00** | ☑ **$325.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**His & Her Personal Jewelry**<br><br>Line from *Schedule A/B:* **12** | **$2,050.00** | ☑ **$2,050.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |

| Debtor 1 | **Ian** | | **Van Reenen** | |
|---|---|---|---|---|
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2 Dogs, 3 Cats**<br><br>Line from *Schedule A/B:* **13** | **$35.00** | ☑ **$35.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Cash on hand**<br><br>Line from *Schedule A/B:* **16** | **$65.00** | ☑ **$65.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**City Bank**<br>**Checking account**<br>**Acct. No.: 9786**<br><br>Line from *Schedule A/B:* **17** | **$3,509.89** | ☑ **$3,509.89**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**City Bank**<br>**Checking account**<br>**Acct. No.: 4454**<br><br>Line from *Schedule A/B:* **17** | **$6.59** | ☑ **$6.59**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**PayPal Account**<br>**Other financial account**<br><br>Line from *Schedule A/B:* **17** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Venmo Account**<br>**Other financial account**<br><br>Line from *Schedule A/B:* **17** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**PayPal Account**<br>**Other financial account**<br><br>Line from *Schedule A/B:* **17** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

| Debtor 1 | **Ian** | | **Van Reenen** | |
|---|---|---|---|---|
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:  **Venmo Account**  **Other financial account**  Line from *Schedule A/B:*  **17** | **$0.00** | ☑ **$0.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:  **Cash App Account**  **Other financial account**  Line from *Schedule A/B:*  **17** | **$0.00** | ☑ **$0.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Fill in this information to identify your case:

| Debtor 1 | **Ian** | | **Van Reenen** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number (if known) _____

☐ Check if this is an amended filing

<u>Official Form 106D</u>

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|
| **2.1** **Hockley County Tax Office** | Describe the property that secures the claim: | $2,976.15 | $255,000.00 | $0.00 |

Creditor's Name

**c/o Perdue, Brandon, et. al.**

**Po Box 817**

Number        Street

**Lubbock, TX 79408-0817**

City        State        ZIP Code

Describe the property that secures the claim:

**Lot Twenty (20), Block Two Hundred Twenty-Three (223), Thirteenth Addition to the City of Levelland, Hockley County, Texas, as shown by Plat recorded in Cabinet A, Slide 122 of the Hockley County, Texas Plat Records**
513 Clubview Dr Levelland, TX 79336-6311

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Ad Valorem Tax**

Date debt was incurred    **2024**    Last 4 digits of account number    **5  3  8  0**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $2,976.15 |
|---|---|

| Debtor 1 | **Ian** | | **Van Reenen** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | | |
| | First Name | Middle Name | Last Name | | |

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |

**2.2**

| US Bank | Describe the property that secures the claim: | **$218,848.06** | **$255,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Po Box 21948**

Number     Street

**Lot Twenty (20), Block Two Hundred Twenty-Three (223), Thirteenth Addition to the City of Levelland, Hockley County, Texas, as shown by Plat recorded in Cabinet A, Slide 122 of the Hockley County, Texas Plat Records**
513 Clubview Dr Levelland, TX 79336-6311

**Eagan, MN 55121-0948**

City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)     **Deed of Trust**

Date debt was incurred   **10/26/2020**   Last 4 digits of account number   **5   0   9   9**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$218,848.06** | |
|---|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$221,824.21** | |

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page **2** of **3**

| Debtor 1 | Ian | | Van Reenen | Case number *(if known)* _____ |
|----------|-----|--|------------|

| Debtor 2 | Brianne | Elaine | Van Reenen |
|----------|---------|--------|------------|
| | First Name | Middle Name | Last Name |

| **Part 2:** | List Others to Be Notified for a Debt That You Already Listed |
|-------------|----------------------------------------------------------------|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1.**  US Bank

Name

**Attn: Bankruptcy**

**800 Nicollet Mall**

Number          Street

**Minneapolis, MN 55402-7000**

City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.2**

Last 4 digits of account number     ___ ___ ___ ___

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Ian** | **Van Reenen** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: ___**Northern**___ District of ___**Texas**___

Case number
(if known) _____

☐ Check if this is an amended filing

**Official Form 106E/F**

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|---|---|

**2.1** **IRS (Internal Revenue Service)**
Priority Creditor's Name

**Special Procedures-Insolvency**

**Po Box 7346**
Number        Street

**Philadelphia, PA 19101-7346**
City            State       ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?        **2023**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Total claim** **$4,000.00**     **Priority amount** **$4,000.00**     **Nonpriority amount** **$0.00**

| Debtor 1 | **Ian** | | **Van Reenen** | Case number *(if known)* _____ |
|---|---|---|---|---|

| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| **Part 2:** | List All of Your **NONPRIORITY** Unsecured Claims |
|---|---|

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

---

**4.1**  **Adrian Poradek**
Nonpriority Creditor's Name

**Address Unknown**

Number          Street

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$2,000.00**

**When was the debt incurred?**          **2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Publishing Agreement**

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

**4.2**  **Amazon / Chase Bank**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 15298**
Number          Street

**Wilmington, DE 19850-5298**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **4   6   8   5**          **$18,139.94**

**When was the debt incurred?**          **Various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Revolving Account**

**Remarks:** Charges on this account were used to fund operations of Wild Lark Strategies, LLC

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page  **2**  of  **31**

| | | Case number *(if known)* _____ |
|---|---|---|

**Debtor 1**   Ian                                Van Reenen

**Debtor 2**   Brianne       Elaine       Van Reenen

First Name        Middle Name       Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.3**   **American Express**

Nonpriority Creditor's Name

**Po Box 981535**

Number        Street

**El Paso, TX 79998-1535**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **1   0   0   8**        **$25,472.29**

**When was the debt incurred?**        **Various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Revolving Account**

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

**4.4**   **Authorize.net**

Nonpriority Creditor's Name

**Po Box 8999**

Number        Street

**San Francisco, CA 94128-8999**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___        **$90.00**

**When was the debt incurred?**        **2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Merchant Processing Services**

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

Official Form 106E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page _3_ of _31_

| Debtor 1 | **Ian** | | **Van Reenen** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.5** **Bankers Healthcare Group, LLC**

Nonpriority Creditor's Name

**201 Solar St**

Number          Street

**Syracuse, NY 13204-1425**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number    **0  8  6  8**          $66,918.15

When was the debt incurred?    **11/3/2021**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Business Loan / Promissory Note**

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

Lawsuit filed under Index No. 013206/2023, Supreme Court of New York, Onondaga County.

---

**4.6** **Bankers Healthcare Group, LLC / ApexCard**

Nonpriority Creditor's Name

**c/o Cardmember Services**

**Po Box 332509**

Number          Street

**Murfreesboro, TN 37133-2509**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number    **1  0  4  7**          $15,189.88

When was the debt incurred?    **Various**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Revolving Account**

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

| Debtor 1 | **Ian** | | **Van Reenen** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

---

**4.7**    **Barclays Bank Delaware**                    Last 4 digits of account number    **9    0    4    2**    $28,110.00

Nonpriority Creditor's Name

**Attn: Bankruptcy**                    When was the debt incurred?    **Various**

**125 S West St**

Number        Street                    As of the date you file, the claim is: Check all that apply.

**Wilmington, DE 19801-5014**            ☐ Contingent

City            State        ZIP Code    ☐ Unliquidated
                            ☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only                    **Type of NONPRIORITY unsecured claim:**
☑ Debtor 2 only                    ☐ Student loans
☐ Debtor 1 and Debtor 2 only            ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ At least one of the debtors and another            priority claims
☐ **Check if this claim is for a community debt**    ☐ Debts to pension or profit-sharing plans, and other similar debts
                            ☑ Other. Specify    **Revolving Account**
**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Charges on this account were used to fund operations of Wild Lark Strategies, LLC

---

**4.8**    **Betsy Bass**                    Last 4 digits of account number    ___ ___ ___ ___    $1,500.00

Nonpriority Creditor's Name

**3310 20th St**                    When was the debt incurred?    **2023**

Number        Street

                            As of the date you file, the claim is: Check all that apply.

**Lubbock, TX 79410-1412**            ☐ Contingent

City            State        ZIP Code    ☐ Unliquidated
                            ☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only                    **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                    ☐ Student loans
☐ Debtor 1 and Debtor 2 only            ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☑ At least one of the debtors and another            priority claims
☐ **Check if this claim is for a community debt**    ☐ Debts to pension or profit-sharing plans, and other similar debts
                            ☑ Other. Specify    **Publishing Agreement**
**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

| Debtor 1 | **Ian** | **Van Reenen** | Case number *(if known)* _____ |
|---|---|---|---|
| | First Name | Last Name | |

| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

**Part 2:**   **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

| | | Total claim |
|---|---|---|

### 4.9   Betsy Bass

Nonpriority Creditor's Name

**3310 20th St**

Number          Street

**Lubbock, TX 79410-1412**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Total claim: $0.00**

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?**   **2023-2024**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Publishing Royalties**

**Remarks:**  Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

### 4.10   Bookshop.org

Nonpriority Creditor's Name

**c/o Bookshop, Inc.**

**463 Lincoln Pl # 200**

Number          Street

**Brooklyn, NY 11238-6201**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Total claim: $2,700.00**

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?**   **2023**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Online Sales / Advertising**

**Remarks:**  Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

| Debtor 1 | **Ian** | | **Van Reenen** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|

| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.11** **Capital One**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 30285**
Number          Street

**Salt Lake Cty, UT 84130-0285**
City                    State                    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **8    7    4    1**

When was the debt incurred?    **Various**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Revolving Account**

**$14,328.93**

**Remarks:** Charges on this account were used to fund operations of Wild Lark Strategies, LLC

---

**4.12** **Chase Bank**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 15298**
Number          Street

**Wilmington, DE 19850-5298**
City                    State                    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **6    3    8    3**

When was the debt incurred?    **Various**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Revolving Account**

**$11,021.79**

**Remarks:** Charges on this account were used to fund operations of Wild Lark Strategies, LLC

---

| Debtor 1 | **Ian** | | **Van Reenen** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|

| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.13** **Cheryl Ann Brewer**

Nonpriority Creditor's Name

**9805 Grover Ave**

Number          Street

**Lubbock, TX 79424-3805**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___  ___  ___  ___          $2,000.00

**When was the debt incurred?**          2023

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Publishing Agreement

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

**4.14** **Christopher Hooten**

Nonpriority Creditor's Name

**Address Unknown**

Number          Street

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___  ___  ___  ___          $0.00

**When was the debt incurred?**          2023-2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Publishing Royalties

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

| Debtor 1 | Ian | | Van Reenen | | Case number *(if known)* _____ |
|---|---|---|---|---|---|

| Debtor 2 | Brianne | Elaine | Van Reenen | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:**     **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.15**

**Doc Tweedy**
Nonpriority Creditor's Name

**25 Parklane Dr**
Number     Street

**Ransom Canyon, TX 79366-2214**
City     State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___    **$2,000.00**

**When was the debt incurred?**    2023

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Publishing Agreement

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

**4.16**

**Don Hammons**
Nonpriority Creditor's Name

**34 Jamestown Dr.**
Number     Street

**Searcy, AR 72143**
City     State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___    **$0.00**

**When was the debt incurred?**    2023-2024

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Publishing Royalties

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

| Debtor 1 | Ian | | Van Reenen | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.17** **Firstmark Serviced Trust**

Nonpriority Creditor's Name

**Po Box 82522**

Number            Street

**Lincoln, NE 68501-2522**

City                    State                    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **1    0    2    6**            **$10,233.61**

**When was the debt incurred?**            **2020**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.18** **Gary Goff**

Nonpriority Creditor's Name

**8404 Genoa Ave**

Number            Street

**Lubbock, TX 79424-3613**

City                    State                    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    __  __  __  __            **$2,000.00**

**When was the debt incurred?**            **2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Publishing Agreement**

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

| Debtor 1 | **Ian** | | **Van Reenen** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | |
| | First Name | Middle Name | Last Name | |

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.19** **IngramSpark**

Nonpriority Creditor's Name

**c/o Ingram Content Group**

**1 Ingram Blvd**

Number          Street

**La Vergne, TN 37086-3629**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **7    0    3    9**

$1,575.80

**When was the debt incurred?**          **2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Publishing Services**

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

**4.20** **James Villanueva**

Nonpriority Creditor's Name

**355 W Panhandle St**

Number          Street

**Slaton, TX 79364-3411**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

$0.00

**When was the debt incurred?**          **2023-2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Publishing Royalties**

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

| Debtor 1 | **Ian** | | **Van Reenen** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|

| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.21**

**Jenni Avery**
Nonpriority Creditor's Name

**4804 120th St**
Number          Street

**Lubbock, TX 79424-8452**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          **$0.00**

**When was the debt incurred?**          **2023-2024**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Publishing Royalties**

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

**4.22**

**Jenny Paxton**
Nonpriority Creditor's Name

**3001 Pointer Ln Unit 11b**
Number          Street

**Odessa, TX 79765-2196**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          **$0.00**

**When was the debt incurred?**          **2023-2024**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Publishing Royalties**

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

| Debtor 1 | **Ian** | | **Van Reenen** | Case number *(if known)* |
|---|---|---|---|---|

| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.23**    **John Brown**                                                    **$2,000.00**

Nonpriority Creditor's Name

**2501 61st St**

Number            Street

**Lubbock, TX 79413-5647**

City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**        **2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Publishing Agreement**

**Remarks:**  Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

**4.24**    **Jordyn Moore**                                                    **$0.00**

Nonpriority Creditor's Name

**5728 37th Street**

Number            Street

**Lubbock, TX 79407**

City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**        **2023-2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Publishing Royalties**

**Remarks:**  Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

| Debtor 1 | Ian | | Van Reenen | | Case number *(if known)* | |

| Debtor 2 | Brianne | Elaine | Van Reenen | |
| | First Name | Middle Name | Last Name | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** | |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.25**

**Kayla Willis**
Nonpriority Creditor's Name

**Po Box 1341**
Number        Street

**Saratoga, WY 82331-1341**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

**Last 4 digits of account number**   ___ ___ ___ ___        **$0.00**

**When was the debt incurred?**        **2023-2024**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Publishing Royalties**

---

**4.26**

**Kellie Robinson**
Nonpriority Creditor's Name

**3710 134th St**
Number        Street

**Lubbock, TX 79423-6156**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

**Last 4 digits of account number**   ___ ___ ___ ___        **$1,000.00**

**When was the debt incurred?**        **2023**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Publishing Agreement**

---

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page __14__ of __31__

Debtor 1     __Ian_____ __Van Reenen_____    Case number *(if known)* _____

Debtor 2     __Brianne_____ __Elaine_____ __Van Reenen_____
             First Name       Middle Name    Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

|  | **Total claim** |
|---|---|

**4.27**

**Kenlea Barnes**
Nonpriority Creditor's Name

**718 Park Blvd Apt 3**
Number          Street

**Baton Rouge, LA 70806-5356**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___          **$0.00**

**When was the debt incurred?**          **2023-2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Publishing Royalties**

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

**4.28**

**Kenlea Barnes**
Nonpriority Creditor's Name

**718 Park Blvd Apt 3**
Number          Street

**Baton Rouge, LA 70806-5356**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___          **$3,000.00**

**When was the debt incurred?**          **2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Publishing Agreement**

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

| Debtor 1 | **Ian** | | **Van Reenen** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.29   Lauren Koetting

Nonpriority Creditor's Name

**4709 79th St**

Number        Street

**Lubbock, TX 79424-3205**

City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___   **$0.00**

**When was the debt incurred?**   **2023-2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Publishing Royalties**

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

### 4.30   Lending Club

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**595 Market St Ste 200**

Number        Street

**San Francisco, CA 94105-2802**

City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **2   8   5   3**   **$12,321.00**

**When was the debt incurred?**   **11/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Signature Loan**

**Remarks:** Proceeds from this loan were used to fund operations of Wild Lark Strategies, LLC

| Debtor 1 | **Ian** | **Van Reenen** | | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | | Last Name | |

| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.31** **Lisa Brewer**

Nonpriority Creditor's Name

**5412 71st Street**

Number          Street

**Lubbock, TX 79424**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          **$500.00**

**When was the debt incurred?**          2023

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Publishing Agreement

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

**4.32** **Lisa Brewer**

Nonpriority Creditor's Name

**5412 71st Street**

Number          Street

**Lubbock, TX 79424**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          **$0.00**

**When was the debt incurred?**          2023-2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Publishing Royalties

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

| Debtor 1 | Ian | Van Reenen | Case number *(if known)* |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Brianne | Elaine | Van Reenen |
| | First Name | Middle Name | Last Name |

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.33**

**Magen Cantwell**
Nonpriority Creditor's Name

**302 W. Franklin**
Number          Street

**Alvord, TX 76225**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___          **$2,000.00**

**When was the debt incurred?**          2023

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Publishing Agreement

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

**4.34**

**Mark Bearden**
Nonpriority Creditor's Name

**5917 67th St Apt 204**
Number          Street

**Lubbock, TX 79424-2972**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___          **$1,500.00**

**When was the debt incurred?**          2023

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Publishing Agreement

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

| Debtor 1 | Ian | Van Reenen | Case number *(if known)* _____ |
| Debtor 2 | Brianne | Elaine | Van Reenen |
| | First Name | Middle Name | Last Name |

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.35**

**Mark Wentling**
Nonpriority Creditor's Name

**2320 57th St**
Number     Street

**Lubbock, TX 79412-2532**
City     State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___     **$0.00**

**When was the debt incurred?**     **2023-2024**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Publishing Royalties**

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

**4.36**

**Max L Knight**
Nonpriority Creditor's Name

**4351 Knollpass**
Number     Street

**San Antonio, TX 78247-2154**
City     State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___     **$0.00**

**When was the debt incurred?**     **2023-2024**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Publishing Royalties**

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

| Debtor 1 | **Ian** | | **Van Reenen** | Case number *(if known)* _____ |
|---|---|---|---|---|

| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.37**

**Michael Wenzler**
Nonpriority Creditor's Name

**3948 E Fenbrook Ln**
Number          Street

**Bloomington, IN 47401-7738**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**          **2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Publishing Agreement**

**$2,750.00**

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

**4.38**

**Midland Credit Mgt. / Funding**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 939069**
Number          Street

**San Diego, CA 92193-9069**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **5   7   9   7**

**When was the debt incurred?**          **Various**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Revolving Account**

**$28,906.00**

**Remarks:** Original Creditor: Citibank, NA

Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

| Debtor 1 | Ian | | Van Reenen | Case number *(if known)* | |
|---|---|---|---|---|---|

| Debtor 2 | Brianne | Elaine | Van Reenen | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                                    **Total claim**

---

**4.39**

**Nancy Ormon**
Nonpriority Creditor's Name

**10608 Winston Ave**
Number        Street

**Lubbock, TX 79424-7415**
City                State            ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___                    **$0.00**

**When was the debt incurred?**        **2023-2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Publishing Royalties**

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

**4.40**

**Paul Bullock**
Nonpriority Creditor's Name

**2215 32nd St**
Number        Street

**Lubbock, TX 79411-1719**
City                State            ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___                    **$1,500.00**

**When was the debt incurred?**        **2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Publishing Agreement**

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

| Debtor 1 | **Ian** | | **Van Reenen** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|

| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

### 4.41

**Plains Realty Investments, LLC**
Nonpriority Creditor's Name

**Attn: Dustin Jones**

**6824 Wayne Ave. Ste. 3**
Number          Street

**Lubbock, TX 79424**
City                State                    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$109,621.90**

**When was the debt incurred?**          9/14/2021

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Commercial Space Lease**

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtor has any express or implied personal liability.

Lawsuit filed under Cause No. DC-2023-CV-1569, 99th District Court, Lubbock County, TX naming only Wild Lark Strategies, LLC as defendant. Judgment granted in favor of Plaintiff March 22, 2024.

---

### 4.42

**Rafe Foreman**
Nonpriority Creditor's Name

**81 E Canyonview Dr**
Number          Street

**Ransom Canyon, TX 79366-2308**
City                State                    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$2,000.00**

**When was the debt incurred?**          2023

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Publishing Agreement**

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

| Debtor 1 | __Ian__ | | __Van Reenen__ | | Case number *(if known)* _____ |
|---|---|---|---|---|---|

| Debtor 2 | __Brianne__ | __Elaine__ | __Van Reenen__ |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

---

**4.43**  **Richard Young**

Nonpriority Creditor's Name

**4108 Galt Ave**

Number          Street

**Fort Worth, TX 76109-4707**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$0.00**

**When was the debt incurred?**          __2023-2024__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  __Publishing Royalties__

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

**4.44**  **Sarah Mattison**

Nonpriority Creditor's Name

**9745 Grand Teton Drive Unit 3086**

Number          Street

**Las Vegas, NV 89166**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$0.00**

**When was the debt incurred?**          __2023-2024__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  __Publishing Royalties__

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

| Debtor 1 | Ian | Van Reenen | Case number *(if known)* |
|---|---|---|---|

| Debtor 2 | Brianne | Elaine | Van Reenen |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

**Part 2:**     **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                       **Total claim**

---

**4.45**    **Sydney Crane**                                                           Last 4 digits of account number  ___ ___ ___ ___                **$0.00**

Nonpriority Creditor's Name                                                         **When was the debt incurred?**      **2023-2024**

**1714 102nd St Apt B**

Number           Street                                                              **As of the date you file, the claim is:** Check all that apply.

                                                                                    ☐ Contingent
**Lubbock, TX 79423-5004**                                                          ☐ Unliquidated
City              State              ZIP Code                                        ☑ Disputed

**Who incurred the debt?** Check one.                                                **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only                                                                     ☐ Student loans
☐ Debtor 2 only                                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ Debtor 1 and Debtor 2 only                                                             priority claims
☑ At least one of the debtors and another                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**                                    ☑ Other. Specify  **Publishing Royalties**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

        Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors
        have any express or implied personal liability.

---

**4.46**    **TSYS**                                                                 Last 4 digits of account number     **5  0  5  3**              **$152.19**

Nonpriority Creditor's Name                                                         **When was the debt incurred?**      **2023-2024**

**1 Tsys Way**

Number           Street                                                              **As of the date you file, the claim is:** Check all that apply.

                                                                                    ☐ Contingent
**Columbus, GA 31901-4222**                                                         ☐ Unliquidated
City              State              ZIP Code                                        ☐ Disputed

**Who incurred the debt?** Check one.                                                **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only                                                                     ☐ Student loans
☐ Debtor 2 only                                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ Debtor 1 and Debtor 2 only                                                             priority claims
☑ At least one of the debtors and another                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**                                    ☑ Other. Specify  **Merchant Processing Services**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

        Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors
        have any express or implied personal liability.

---

| Debtor 1 | Ian | | Van Reenen | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                                                                    **Total claim**

---

**4.47**  **U.S. Dept of Ed. / Nelnet**

Nonpriority Creditor's Name

**Attn: Bankruptcy Claims**

**Po Box 82561**

Number          Street

**Lincoln, NE 68501-2561**

City                  State              ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number     **6   8   8   9**

When was the debt incurred?          **11/15/2010**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**$31,716.29**

---

**4.48**  **U.S. Dept of Ed. / Nelnet**

Nonpriority Creditor's Name

**Attn: Bankruptcy Claims**

**Po Box 82561**

Number          Street

**Lincoln, NE 68501-2561**

City                  State              ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number     **4   9   9   9**

When was the debt incurred?          **11/14/2012**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**$57,654.39**

---

| | |
|---|---|
| Debtor 1 | **Ian** **Van Reenen** |
| Debtor 2 | **Brianne** **Elaine** **Van Reenen** |
| | First Name   Middle Name   Last Name |

Case number *(if known)* _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

---

**4.49**  **Valerie Hill**
Nonpriority Creditor's Name

**2706 21st St**
Number        Street

**Lubbock, TX 79410-1521**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __        **$0.00**

**When was the debt incurred?**   **2023-2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Publishing Royalties**

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

**4.50**  **Wells Fargo**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 10347**
Number        Street
**Des Moines, IA 50306-0347**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **7 7 1 0**        **$4,150.17**

**When was the debt incurred?**   **Various**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Revolving Account**

---

| Debtor 1 | Ian | | Van Reenen | Case number *(if known)* |
|---|---|---|---|---|

| Debtor 2 | Brianne | Elaine | Van Reenen | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

---

**4.51**

**Wells Fargo**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 10347**
Number          Street

**Des Moines, IA 50306-0347**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    6    4    2    7          **$4,501.79**

When was the debt incurred?          **Various**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Revolving Account**

---

**4.52**

**Yvonne Hazelton**
Nonpriority Creditor's Name

**207 Montclair Ave**
Number          Street

**Tulsa, OK 74104-2127**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    ___ ___ ___ ___          **$2,000.00**

When was the debt incurred?          **2023**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Publishing Agreement**

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

| Debtor 1 | **Ian** | | **Van Reenen** | |
|---|---|---|---|---|
| | | | | Case number *(if known)* |
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | |
| | First Name | Middle Name | Last Name | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | | **Total claim** |
|---|---|---|

**4.53**

| Yvonne Racz-Key | Last 4 digits of account number ___ ___ ___ ___ | **$2,000.00** |
|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?**    **2023**

**2813 22nd St**

Number          Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Lubbock, TX 79410-1619**

☐ Unliquidated

City          State          ZIP Code

☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only

☐ Student loans

☐ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ At least one of the debtors and another

☑ Other. Specify    **Publishing Agreement**

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Remarks:** Related to the operations of Wild Lark Strategies, LLC

Even though Wild Lark Strategies, LLC is not the debtor in this bankruptcy case, all entity liabilities are listed herein to the extent that debtors have any express or implied personal liability.

---

Debtor 1    __Ian_____ __Van Reenen_____    Case number *(if known)* _____

Debtor 2    __Brianne_____ __Elaine_____ __Van Reenen_____
    First Name       Middle Name       Last Name

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**1.** **American Express**
Name

**Attn: Correspondence / Bankruptcy**

**Po Box 981540**
Number    Street

**El Paso, TX 79998-1540**
City      State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.3** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**2.** **Zwicker & Associates, P.C.**
Name

**80 Minuteman Rd**
Number    Street

**Andover, MA 01810-1008**
City      State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.3** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**3.** **Landry & Jacobs, LLC**
Name

**50 N Laura St Ste 2500**
Number    Street

**Jacksonville, FL 32202-3646**
City      State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.4** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**4.** **Bankers Healthcare Group, LLC**
Name

**10234 W State Road 84**
Number    Street

**Davie, FL 33324-4202**
City      State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.5** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**5.** **Moss Law Firm P.C.**
Name

**Po Box 65020**
Number    Street

**Lubbock, TX 79464-5020**
City      State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.11** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**6.** **Scott & Associates, PC**
Name

**Po Box 115220**
Number    Street

**Carrollton, TX 75011-5220**
City      State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.12** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

| | | |
|---|---|---|
| Debtor 1 | **Ian** | **Van Reenen** |
| Debtor 2 | **Brianne**        **Elaine**        **Van Reenen** | Case number *(if known)* _____ |
| | First Name        Middle Name        Last Name | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

**7** **Firstmark Services**
Name

**Attn: Bankruptcy**

**121 S 13th St Ste 201**
Number        Street

**Lincoln, NE 68508-1911**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.17** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**8** **Payne, Powell & Truitt Law Group**
Name

**2529 74th St**
Number        Street

**Lubbock, TX 79423-1405**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.41** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**9** **Wells Fargo Bank**
Name

**MAC X2303-01A**

**1 Home Campus 3rd Floor**
Number        Street

**Des Moines, IA 50328-0001**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.50** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**10** **Wells Fargo**
Name

**Attn: Bankruptcy**

**Po Box 14517**
Number        Street

**Des Moines, IA 50306-3517**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.51** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

| Debtor 1 | **Ian** | | **Van Reenen** | | Case number *(if known)* |
|---|---|---|---|---|---|
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | | |
| | First Name | Middle Name | Last Name | | |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
Add the amounts for each type of unsecured claim.**

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$4,000.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | **$4,000.00** |

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$99,604.29** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$372,949.83** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$472,554.12** |

Fill in this information to identify your case:

| Debtor 1 | **Ian** | | **Van Reenen** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the:    **Northern District of Texas**

Case number
(if known)

☐ Check if this is an
amended filing

# Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1 **Volkswagen Credit, Inc.** <br> Name <br> **Attn: Bankruptcy** <br> **Po Box 3** <br> Number    Street <br> **Hillsboro, OR 97123-0003** <br> City                State    ZIP Code | **39 month lease of a 2021 Volkswagen Tiguan commencing 04/29/2021 calling for monthly payments of $464.55 with the final payment coming due in July, 2024.** <br> **Contract to be ASSUMED** |
| 2.2 <br> Name <br> Number    Street <br> City                State    ZIP Code | |
| 2.3 <br> Name <br> Number    Street <br> City                State    ZIP Code | |
| 2.4 <br> Name <br> Number    Street <br> City                State    ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ian** | | **Van Reenen** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number
(if known) _____

☐ Check if this is an
amended filing

**Official Form 106H**

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☑ Yes. In which community state or territory did you live? _____**Texas**_____. Fill in the name and current address of that person.

         **Brianne Elaine Van Reenen**
         Name of your spouse, former spouse, or legal equivalent

         **513 Clubview Dr**
         Number          Street

         **Levelland, TX 79336-6311**
         City          State          ZIP Code

      ☑ Yes. In which community state or territory did you live? _____**Texas**_____. Fill in the name and current address of that person.

         **Ian Van Reenen**
         Name of your spouse, former spouse, or legal equivalent

         **513 Clubview Dr**
         Number          Street

         **Levelland, TX 79336-6311**
         City          State          ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2.**

| Debtor 1 | **Ian** | | **Van Reenen** | Case number *(if known)* _____ |
|---|---|---|---|---|

| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.1**

**Wild Lark Strategies, LLC d/b/a Wild Lark Books**
Name

**513 Clubview Dr**
Number          Street

**Levelland, TX 79336-6311**
City          State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line

**4.1, 4.3, 4.4, 4.5, 4.6, 4.8, 4.9, 4.10, 4.13, 4.14, 4.15, 4.16, 4.18, 4.19, 4.20, 4.21, 4.22, 4.23, 4.24, 4.25, 4.26, 4.27, 4.28, 4.29, 4.31, 4.32, 4.33, 4.34, 4.35, 4.36, 4.37, 4.38, 4.39, 4.40, 4.42, 4.43, 4.44, 4.45, 4.46, 4.49, 4.52, 4.53**

☐ Schedule G, line _____

**3.2**

Name

Number          Street

City          State          ZIP Code

☐ Schedule D, line _____

☐ Schedule E/F, line _____

☐ Schedule G, line _____

Official Form 106H          **Schedule H: Codebtors**          page __2__ of __2__

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ian** | | **Van Reenen** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Texas** | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

| 1. **Fill in your employment information.** | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☑ Employed ☐ Not Employed | ☐ Employed ☑ Not Employed |
| | **Occupation** | **Attorney** | |
| Include part time, seasonal, or self-employed work. | **Employer's name** | **Farley Law, PLLC** | |
| | **Employer's address** | **7000 N Mopac Expy Fl 2** | |
| Occupation may include student or homemaker, if it applies. | | Number Street | Number Street |
| | | | |
| | | **Austin, TX 78731-3054** | |
| | | City        State        Zip Code | City        State        Zip Code |
| | **How long employed there?** | **4 months** | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | **$13,750.00** | **$0.00** |
| 3. | **Estimate and list monthly overtime pay.** | + **$0.00** | + **$0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | **$13,750.00** | **$0.00** |

| Debtor 1 | **Ian** | | | **Van Reenen** | |
|---|---|---|---|---|---|
| Debtor 2 | **Brianne** | **Elaine** | | **Van Reenen** | |
| | First Name | Middle Name | | Last Name | Case number *(if known)* _____ |

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| | Copy line 4 here...........................................➔ 4. | $13,750.00 | $0.00 |
| 5. | List all payroll deductions: | | |
| | 5a. **Tax, Medicare, and Social Security deductions** 5a. | $2,550.37 | $0.00 |
| | 5b. **Mandatory contributions for retirement plans** 5b. | $0.00 | $0.00 |
| | 5c. **Voluntary contributions for retirement plans** 5c. | $0.00 | $0.00 |
| | 5d. **Required repayments of retirement fund loans** 5d. | $0.00 | $0.00 |
| | 5e. **Insurance** 5e. | $0.00 | $0.00 |
| | 5f. **Domestic support obligations** 5f. | $0.00 | $0.00 |
| | 5g. **Union dues** 5g. | $0.00 | $0.00 |
| | 5h. **Other deductions.** Specify: _____ 5h. + | $0.00 + | $0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. 6. | $2,550.37 | $0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. | $11,199.63 | $0.00 |
| 8. | List all other income regularly received: | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. 8a. | $0.00 | $0.00 |
| | 8b. **Interest and dividends** 8b. | $0.00 | $0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. 8c. | $0.00 | $0.00 |
| | 8d. **Unemployment compensation** 8d. | $0.00 | $0.00 |
| | 8e. **Social Security** 8e. | $0.00 | $0.00 |
| | 8f. **Other government assistance that you regularly receive** | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | |
| | Specify: _____ 8f. | $0.00 | $0.00 |
| | 8g. **Pension or retirement income** 8g. | $0.00 | $0.00 |
| | 8h. **Other monthly income.** Specify: **Part-time Job (Avg. Net Income)** 8h. + | $700.00 + | $0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. 9. | $700.00 | $0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse 10. | $11,899.63 + | $0.00 = $11,899.63 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____ 11. + $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies 12. $11,899.63

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.
☑ Yes. Explain: | **Debtor will only continue to work the part-time job through the end of 2024. Thereafter this income will no longer be realized.** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ian** | **Van Reenen** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Texas** | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                                           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and Debtor 2.    ☑ Yes. Fill out this information for each dependent...............

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 8 | ☐ No. ☑ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No    ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | **$1,802.78** |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | **$0.00** |
| 4b. Property, homeowner's, or renter's insurance | 4b. | **$0.00** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | **$500.00** |
| 4d. Homeowner's association or condominium dues | 4d. | **$0.00** |

| Debtor 1 | **Ian** | | | **Brianne** | **Elaine** | | **Van Reenen** | |
|---|---|---|---|---|---|---|---|---|
| Debtor 2 | **Brianne** | | | **Elaine** | | | **Van Reenen** | |
| | First Name | | | Middle Name | | | Last Name | |

Case number *(if known)* _____

| | | **Your expenses** |
|---|---|---|

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | **$0.00** |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$315.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | **$145.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$335.00** |
| | 6d.  Other. Specify: _____ | 6d. | **$0.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$1,400.00** |
| 8. | **Childcare and children's education costs** | 8. | **$250.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$200.00** |
| 10. | **Personal care products and services** | 10. | **$250.00** |
| 11. | **Medical and dental expenses** | 11. | **$300.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$800.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$250.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | **$0.00** |
| | 15b. Health insurance | 15b. | **$35.00** |
| | 15c. Vehicle insurance | 15c. | **$270.00** |
| | 15d. Other insurance. Specify: _____ | 15d. | **$0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | **$0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | **$464.55** |
| | 17b. Car payments for Vehicle 2 | 17b. | **$0.00** |
| | 17c. Other. Specify:  **See Additional Page** | 17c. | **$1,085.22** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. | **$0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | **$0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. | **$0.00** |
| | 20b. Real estate taxes | 20b. | **$0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | **$0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | **$0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. | **$0.00** |

| Debtor 1 | **Ian** | | **Van Reenen** | |
|---|---|---|---|---|
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | |
| | First Name | Middle Name | Last Name | Case number (if known) _____ |

---

21. **Other.** Specify: _____     21.  + _____ **$0.00**

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.     22a. _____ **$8,402.55**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     22b. _____ **$0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses.     22c. _____ **$8,402.55**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*     23a. _____ **$11,899.63**

    23b. Copy your monthly expenses from line 22c above.     23b.  – _____ **$8,402.55**

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income.*     23c. _____ **$3,497.08**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☑ Yes.     Explain here:
    Lease term on vehicle expires approximately two months post-petition. Replacement vehicle cost is expected to be higher than the
    present lease payment.

---

| Debtor 1 | **Ian** | | **Van Reenen** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | |

| | Amount |
|---|---|
| **6a. Electricity, heat, natural gas** | |
| Electric | $260.00 |
| Gas | $55.00 |
| **6c. Telephone, cell phone, Internet, satellite, and cable services** | |
| Cell Phone | $215.00 |
| Internet | $120.00 |
| **17c. Other Installment Payments** | |
| Firstmark Serviced Trust (Student Loan) | $254.37 |
| Nelnet (Student Loan - Brianne) | $281.87 |
| Nelnet (Student Loan - Ian) | $548.98 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Ian**           **Van Reenen** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse, if filing) | **Brianne**    **Elaine**    **Van Reenen** | |
| | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | **Northern District of Texas** | |
| Case number (if known) | | |

☐ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1: Summarize Your Assets

|  | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................. | $255,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*...................................... | $16,582.48 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*................................................ | $271,582.48 |

## Part 2: Summarize Your Liabilities

|  | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $221,824.21 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | $4,000.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................... | + $472,554.12 |
| **Your total liabilities** | $698,378.33 |

## Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.................................................. | $11,899.63 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.................................................. | $8,402.55 |

| Debtor 1 | **Ian** | | | |
|---|---|---|---|---|
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | |
| | First Name | Middle Name | Van Reenen | |
| | | | Last Name | Case number *(if known)* _____ |

---

**Part 4:** Answer These Questions for Administrative and Statistical Records

---

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

---

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

_____

---

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

|  | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

---

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Ian** | **Van Reenen** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Brianne** | **Elaine** | **Van Reenen** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Texas** |
| Case number (if known) | | |

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Ian Van Reenen**

Ian Van Reenen, Debtor 1

X **/s/ Brianne Elaine Van Reenen**

Brianne Elaine Van Reenen, Debtor 2

Date **05/30/2024**
MM/ DD/ YYYY

Date **05/30/2024**
MM/ DD/ YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ian** | | **Van Reenen** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **Northern District of Texas**

Case number
(if known)  _____

☐ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____<br>Number   Street | From _____<br>To    _____ | _____<br>Number   Street | From _____<br>To    _____ |
| _____<br>City        State  ZIP Code | | _____<br>City        State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____<br>Number   Street | From _____<br>To    _____ | _____<br>Number   Street | From _____<br>To    _____ |
| _____<br>City        State  ZIP Code | | _____<br>City        State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| | | |
|---|---|---|
| Debtor 1 | **Ian** | **Van Reenen** |
| Debtor 2 | **Brianne**   **Elaine** | **Van Reenen** |
| | First Name   Middle Name | Last Name |

Case number *(if known)* _____

<div style="background:black;color:white">**Part 2:**</div> Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | **$60,140.94** | ☑ Wages, commissions, bonuses, tips | **$0.00** |
| | ☐ Operating a business | | ☑ Operating a business | **$0.00** |
| **For last calendar year:**<br>(January 1 to December 31, **2023** )<br>YYYY | ☑ Wages, commissions, bonuses, tips | **$86,349.92** | ☐ Wages, commissions, bonuses, tips | |
| | ☑ Operating a business | **$35,000.00** | ☑ Operating a business | **$68,000.00** |
| **For the calendar year before that:**<br>(January 1 to December 31, **2022** )<br>YYYY | ☑ Wages, commissions, bonuses, tips | **$84,027.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☑ Operating a business | **$2,569.00** | ☑ Operating a business | **$194,501.00** |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | | |
| **For last calendar year:**<br>(January 1 to December 31, **2023** )<br>YYYY | | | | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2022** )<br>YYYY | **Pension Distribution** | **$117,245.00** | **Publishing Royalties** | **$1,186.00** |

| | | |
|---|---|---|
| Debtor 1 | **Ian** | **Van Reenen** |
| Debtor 2 | **Brianne**        **Elaine** | **Van Reenen** |
| | First Name        Middle Name | Last Name |

Case number *(if known)* _____

<table><tr><td>**Part 3:**</td><td>**List Certain Payments You Made Before You Filed for Bankruptcy**</td></tr></table>

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☑ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number     Street<br><br>_____<br><br>_____<br>City        State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | _____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____<br>Insider's Name<br><br>_____<br>Number     Street<br><br>_____<br><br>_____<br>City        State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | _____ | |

| Debtor 1 | **Ian** | | **Van Reenen** | |
|---|---|---|---|---|
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | _____ | _____ | |
| _____<br>Number    Street | _____ | | | |
| _____<br>City          State    ZIP Code | _____ | | | |

---

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **Bankers Healthcare Group, LLC vs Wild Lark Strategies, LLC & Brianne Van Reenen & Ian Van Reenen** | **Collections Action.** | **Onondaga County Supreme Court of New York**<br>Court Name<br>**401 Montgomery St**<br>Number    Street<br>**Syracuse, NY 13202-2151**<br>City          State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number **013206/2023** | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

Debtor 1   **Ian**            **Van Reenen**
Debtor 2   **Brianne**   **Elaine**   **Van Reenen**

First Name   Middle Name   Last Name

Case number *(if known)* _____

| Describe the property | Date | Value of the property |
|---|---|---|
| | _____ | _____ |

Creditor's Name

Number   Street

| **Explain what happened** |
|---|
| ☐ Property was repossessed. |
| ☐ Property was foreclosed. |
| ☐ Property was garnished. |
| ☐ Property was attached, seized, or levied. |

City   State   ZIP Code

---

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|
| | _____ | _____ |

Creditor's Name

Number   Street

City   State   ZIP Code

Last 4 digits of account number: XXXX– __ __ __ __

---

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Debtor 1 | **Ian** | | **Van Reenen** | |
|---|---|---|---|---|
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ <br><br> Person to Whom You Gave the Gift <br><br> _____ <br><br> _____ <br><br> Number    Street <br><br> _____ <br> City         State    ZIP Code <br><br> Person's relationship to you _____ | | _____ <br><br> _____ | _____ <br><br> _____ |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ <br> Charity's Name <br><br> _____ <br><br> _____ <br> Number    Street <br><br> _____ <br> City         State    ZIP Code | | _____ <br><br> _____ | _____ <br><br> _____ |

## Part 6:  List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No

☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss <br> Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| **Storm Damage** | **Insurance claim has not been filed as of the petition date, but Debtors anticipate needing a new roof as a result of the storm damage.** | **05/29/24** | **$255,000.00** |

| | | |
|---|---|---|
| Debtor 1 | **Ian** | **Van Reenen** |
| Debtor 2 | **Brianne**      **Elaine** | **Van Reenen** |
| | First Name      Middle Name | Last Name |

Case number *(if known)* _____

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Sam C. Gregory, PLLC**<br>Person Who Was Paid | **$4,522.00 in payment of attorney fees plus additional funds to pay for court filing fee, credit report, Credit Counseling, and Financial Management Course** | **11/28/2023** | **$4,522.00** |
| **2742 82nd St**<br>Number      Street | | | |
| **Lubbock, TX 79423-1428**<br>City            State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number      Street | | | |
| City            State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | **Ian** | | **Van Reenen** | |
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | _____ |
| Number    Street | | | |
| _____ | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

**Part 8:** List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Wells Fargo Bank, N.A.**<br>Name of Financial Institution | XXXX– **1    5    0    1** | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **01/2024** | **($4.00)** |
| **Po Box 6995**<br>Number    Street | | | | |
| _____ | | | | |
| **Portland, OR 97228-6995**<br>City    State    ZIP Code | | | | |

Debtor 1  **Ian  Brianne   Elaine   Van Reenen  Van Reenen**

First Name    Middle Name    Last Name

Debtor 2

Case number *(if known)* _____

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **City Bank**<br>Name of Financial Institution | XXXX– 2  4  8  5 | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 1/22/2024 | ($2.92) |
| **Po Box 5060**<br>Number  Street | | | | |
| **Lubbock, TX 79408-5060**<br>City  State  ZIP Code | | | | |
| **Wells Fargo Bank, N.A.**<br>Name of Financial Institution | XXXX– ___ ___ ___ ___ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 05/2024 | $0.00 |
| **Po Box 6995**<br>Number  Street | | | | |
| **Portland, OR 97228-6995**<br>City  State  ZIP Code | | | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution | Name | | ☐ No<br>☐ Yes |
| Number  Street | Number  Street | | |
| City  State  ZIP Code | City  State  ZIP Code | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | Ian | | Van Reenen |
|---|---|---|---|
| Debtor 2 | Brianne | Elaine | Van Reenen |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Storage Facility | Name | | ☐ No ☐ Yes |
| Number    Street | Number    Street | | |
| | City    State    ZIP Code | | |
| City    State    ZIP Code | | | |

---

**Part 9:**  Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | Number    Street | | _____ |
| Number    Street | | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

**Part 10:**  Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

Debtor 1   **Ian**                        **Van Reenen**
Debtor 2   **Brianne**   **Elaine**   **Van Reenen**

First Name        Middle Name        Last Name

Case number *(if known)* _____

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| | | |

Name of site

Governmental unit

Number    Street

Number    Street

City                State    ZIP Code

City           State    ZIP Code

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| | | |

Name of site

Governmental unit

Number    Street

Number    Street

City                State    ZIP Code

City           State    ZIP Code

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| Court or agency | Nature of the case | Status of the case |
|---|---|---|
| | | ☐ Pending |
| | | ☐ On appeal |
| | | ☐ Concluded |

Case title _____

Court Name

Number    Street

Case number

City           State    ZIP Code

| Debtor 1 | Ian | | Van Reenen | |
|---|---|---|---|---|
| Debtor 2 | Brianne | Elaine | Van Reenen | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Van Reenen Law, PC | Describe the nature of the business | Employer Identification number |
|---|---|---|
| **Name** | | Do not include Social Security number or ITIN. |
| | **Legal Services** | |
| | | EIN: __ __ – __ __ __ __ __ __ __ |
| 513 Clubview Dr | Name of accountant or bookkeeper | Dates business existed |
| **Number      Street** | **Karen Gilbert** | |
| | | From  **5/2022**  To **Present** |
| Levelland, TX | | |
| **City          State    ZIP Code** | | |
| Wild Lark Strategies, LLC d/b/a | Describe the nature of the business | Employer Identification number |
| Wild Lark Books | | Do not include Social Security number or ITIN. |
| **Name** | **Bookstore and Publisher** | |
| | | EIN: __ __ – __ __ __ __ __ __ __ |
| 513 Clubview Dr | Name of accountant or bookkeeper | Dates business existed |
| **Number      Street** | **Karen Gilbert** | |
| | | From  **12/6/2018**  To **8/2023** |
| Levelland, TX 79336-6311 | | |
| **City          State    ZIP Code** | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| | |
| _____ | _____ |
| **Name** | **MM / DD / YYYY** |
| | |
| _____ | |
| **Number      Street** | |
| | |
| _____ | |
| **City          State    ZIP Code** | |

| Debtor 1 | **Ian** | | **Van Reenen** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | | |
| | First Name | Middle Name | Last Name | | Case number *(if known)* _____ |

---

### Part 12: Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**


X  **/s/ Ian Van Reenen** _____         X  **/s/ Brianne Elaine Van Reenen** _____

Signature of Ian Van Reenen, Debtor 1                Signature of Brianne Elaine Van Reenen, Debtor 2


Date  **05/30/2024** _____                Date  **05/30/2024** _____


**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____         Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ian** | | **Van Reenen** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **Northern District of Texas**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    **12/15**

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **US Bank**<br><br>Description of property securing debt: **Lot Twenty (20), Block Two Hundred Twenty-Three (223), Thirteenth Addition to the City of Levelland, Hockley County, Texas, as shown by Plat recorded in Cabinet A, Slide 122 of the Hockley County, Texas Plat Records**<br>**513 Clubview Dr Levelland, TX 79336-6311** | ☐ Surrender the property.<br><br>☐ Retain the property and redeem it.<br><br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br><br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |

| Debtor 1 | **Ian** | | **Van Reenen** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | |

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Volkswagen Credit, Inc. | ☐ No ☑ Yes |
| Description of leased property: 39 month lease of a 2021 Volkswagen Tiguan commencing 04/29/2021 calling for monthly payments of $464.55 with the final payment coming due in July, 2024. | |
| Lessor's name: | ☐ No ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No ☐ Yes |
| Description of leased property: | |

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

**X** /s/ Ian Van Reenen

Signature of Debtor 1

**X** /s/ Brianne Elaine Van Reenen

Signature of Debtor 2

Date 05/30/2024
MM/ DD/ YYYY

Date 05/30/2024
MM/ DD/ YYYY

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Texas

**In re**    Ian Van Reenen

Brianne Elaine Van Reenen                                    Case No. _____

**Debtor**                                                          Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................    **$4,522.00**

Prior to the filing of this statement I have received ..............................................................    **$4,522.00**

Balance Due .............................................................................................................................    **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.    Preparation of Motions to Avoid Non-Possessory, Non-Purchase Money Security Interests and/or Judicial Liens under 11 U.S.C. 522(f); Reviewing and executing appropriate Reaffirmation Agreements; and Preparation of Motions to Redeem Collateral pursuant to 11 U.S.C. 722.

Additionally, if this is a Chapter 13 case, all services listed in paragraph 21(e) of General Order 2023-04 for the Northern District of Texas ("Standing Order Concerning All Chapter 13 Cases") are included.

B2030 (Form 2030) (12/15)

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Any item not specifically listed in paragraph 5 above, including, but not limited to: a) Prosecuting any action for a determination of the dischargeability of an indebtedness; b) Defending against any action that objects to the dischargeability of a debt or claim; c) Defending against any action objecting to Discharge; d) Defending against or prosecuting any action to avoid or recover any transfer of property made prior to the filing of the petition; e) Appealing any adverse order or judgment and/or defending against an appeal taken by another party; and f) Conversion of this case to another chapter.

Additionally, if this is a Chapter 13 case, debtor(s) agree(s) and consent(s) to attorney requesting additional fees for those services described in paragraph 21(g) of General Order 2023-04 for the Northern District of Texas ("Standing Order Concerning All Chapter 13 Cases").

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____05/30/2024_____           ___/s/ Sam C. Gregory_____
*Date*                               Sam C. Gregory
                                 *Signature of Attorney*

                                        Bar Number: 00792547
                                        Sam C. Gregory, PLLC
                                        2742 82nd St
                                        Lubbock, TX 79423-1428
                                        Phone: (806) 687-4357

                                 ___Sam C. Gregory, PLLC____
                                 *Name of law firm*

Date:   _____05/30/2024_____           ___/s/ Ian Van Reenen_____
                                 *Ian Van Reenen*

                                 ___/s/ Brianne Elaine Van Reenen___
                                 *Brianne Elaine Van Reenen*

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Ian** | | **Van Reenen** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **Northern District of Texas**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:  Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition* (Official Form 101).

   ☑ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.  Go to Part 2.

### Part 2:  Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))**?**

   ☐ No.   Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

      ☐ No.   Go to line 3.

      ☐ Yes.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

      ☐ No.   Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes.  Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now*, and sign Part 3. Then submit this supplement with the signed Official Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later

| Fill in this information to identify your case: | | | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|---|---|

| Debtor 1 | **Ian** | | **Van Reenen** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

☑ 1. There is no presumption of abuse.

| Debtor 2 | **Brianne** | **Elaine** | **Van Reenen** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

United States Bankruptcy Court for the: **Northern District of Texas**

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 122A-1

## Chapter 7 Statement of Your Current Monthly Income                           12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | |
|---|---|---|---|
| Gross receipts (before all deductions) | | | |
| Ordinary and necessary operating expenses | - _____ | - _____ | |
| Net monthly income from a business, profession, or farm | [_____] | [_____] | Copy here → |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | |
|---|---|---|---|
| Gross receipts (before all deductions) | | | |
| Ordinary and necessary operating expenses | - _____ | - _____ | |
| Net monthly income from rental or other real property | [_____] | [_____] | Copy here → |

7. **Interest, dividends, and royalties**                    _____    _____

Debtor 1  Ian    Brianne    Elaine    Van Reenen
Debtor 2

First Name    Middle Name    Last Name

Case number *(if known)* _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: ....................................................  ↓

For you...................................................................

For your spouse........................................................

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

Total amounts from separate pages, if any.    +    +

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.    +    =

**Total current monthly income**

---

**Part 2:**  Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a.  Copy your total current monthly income from line 11.........................................................................    **Copy line 11 here →**

Multiply by 12 (the number of months in a year).    **x 12**

12b.  The result is your annual income for this part of the form.    12b.

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.

Fill in the number of people in your household.

Fill in the median family income for your state and size of household...................................................................    13.
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

| Debtor 1 | Ian | | Van Reenen | | |
|---|---|---|---|---|---|
| Debtor 2 | Brianne | Elaine | Van Reenen | | |
| | First Name | Middle Name | Last Name | | Case number *(if known)* _____ |

## Part 3:  Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** /s/ Ian Van Reenen _____

Signature of Debtor 1

Date **05/30/2024** _____
     MM/  DD/  YYYY

**X** /s/ Brianne Elaine Van Reenen _____

Signature of Debtor 2

Date **05/30/2024** _____
     MM/  DD/  YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

BTXN 094 (rev. 5/04)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:   **Ian Van Reenen**           §
         **Brianne Elaine Van Reenen** §
                                       §     Case No. _____
                                       §
                                       §
                         Debtor(s)     §
                                       §
                                       §

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected perform*):

☑  is the first mail matrix in this case.

☐  adds entities not listed on previously filed mailing list(s).

☐  changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐  deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.1, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

05/30/2024                                          **/s/ Sam C. Gregory**
_____          _____
Date                                  Sam C. Gregory
                                      Signature of Attorney (if applicable)
                                      Bar Number: 00792547
                                      Sam C. Gregory, PLLC
                                      2742 82nd St
                                      Lubbock, TX 79423-1428
                                      Phone: (806) 687-4357
                                      Email: sam@samcgregory.com

        **/s/ Ian Van Reenen**                      xxx-xx-4543
_____          _____
Ian Van Reenen                        Debtor's Social Security  *(last four digits only)* /Tax ID No.
Signature of Debtor

     **/s/ Brianne Elaine Van Reenen**              xxx-xx-3952
_____          _____
Brianne Elaine Van Reenen             Joint Debtor's Social Security  *(last four digits only)* /Tax ID No.
Signature of Joint Debtor (if applicable)

Adrian Poradek
Address Unknown

Amazon / Chase Bank
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850-5298

American Express
Po Box 981535
El Paso, TX 79998-1535

American Express
Attn: Correspondence / Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Authorize.net
Po Box 8999
San Francisco, CA 94128-8999

Bankers Healthcare Group,
LLC
201 Solar St
Syracuse, NY 13204-1425

Bankers Healthcare Group,
LLC
10234 W State Road 84
Davie, FL 33324-4202

Bankers Healthcare Group,
LLC / ApexCard
c/o Cardmember Services
Po Box 332509
Murfreesboro, TN 37133-2509

Barclays Bank Delaware
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014

Betsy Bass
3310 20th St
Lubbock, TX 79410-1412

Bookshop.org
c/o Bookshop, Inc.
463 Lincoln Pl # 200
Brooklyn, NY 11238-6201

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake Cty, UT 84130-0285

Chase Bank
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850-5298

Cheryl Ann Brewer
9805 Grover Ave
Lubbock, TX 79424-3805

Christopher Hooten
Address Unknown

Doc Tweedy
25 Parklane Dr
Ransom Canyon, TX 79366-2214

Don Hammons
34 Jamestown Dr.
Searcy, AR 72143

Firstmark Serviced Trust
Po Box 82522
Lincoln, NE 68501-2522

Firstmark Services
Attn: Bankruptcy
121 S 13th St Ste 201
Lincoln, NE 68508-1911

Gary Goff
8404 Genoa Ave
Lubbock, TX 79424-3613

Hockley County Tax Office
c/o Perdue, Brandon, et. al.
Po Box 817
Lubbock, TX 79408-0817

IngramSpark
c/o Ingram Content Group
1 Ingram Blvd
La Vergne, TN 37086-3629

IRS (Internal Revenue
Service)
Special Procedures - Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

James Villanueva
355 W Panhandle St
Slaton, TX 79364-3411

Jenni Avery
4804 120th St
Lubbock, TX 79424-8452

Jenny Paxton
3001 Pointer Ln Unit 11b
Odessa, TX 79765-2196

John Brown
2501 61st St
Lubbock, TX 79413-5647

Jordyn Moore
5728 37th Street
Lubbock, TX 79407

Kayla Willis
Po Box 1341
Saratoga, WY 82331-1341

Kellie Robinson
3710 134th St
Lubbock, TX 79423-6156

Kenlea Barnes
718 Park Blvd Apt 3
Baton Rouge, LA 70806-5356

Landry & Jacobs, LLC
50 N Laura St Ste 2500
Jacksonville, FL 32202-3646

Lauren Koetting
4709 79th St
Lubbock, TX 79424-3205

Lending Club
Attn: Bankruptcy
595 Market St Ste 200
San Francisco, CA 94105-2802

Lisa Brewer
5412 71st Street
Lubbock, TX 79424

Magen Cantwell
302 W. Franklin
Alvord, TX 76225

Mark Bearden
5917 67th St Apt 204
Lubbock, TX 79424-2972

Mark Wentling
2320 57th St
Lubbock, TX 79412-2532

Max L Knight
4351 Knollpass
San Antonio, TX 78247-2154

Michael Wenzler
3948 E Fenbrook Ln
Bloomington, IN 47401-7738

Midland Credit Mgt. / Funding
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

Moss Law Firm P.C.
Po Box 65020
Lubbock, TX 79464-5020

Nancy Ormon
10608 Winston Ave
Lubbock, TX 79424-7415

Office of the U.S. Attorney
Attorney-In-Charge
1205 Texas Ave
Lubbock, TX 79401-4037

Paul Bullock
2215 32nd St
Lubbock, TX 79411-1719

Payne, Powell & Truitt Law Group
2529 74th St
Lubbock, TX 79423-1405

Plains Realty Investments, LLC
Attn: Dustin Jones
6824 Wayne Ave. Ste. 3
Lubbock, TX 79424

Rafe Foreman
81 E Canyonview Dr
Ransom Canyon, TX 79366-2308

Richard Young
4108 Galt Ave
Fort Worth, TX 76109-4707

Sarah Mattison
9745 Grand Teton Drive Unit 3086
Las Vegas, NV 89166

Scott & Associates, PC
Po Box 115220
Carrollton, TX 75011-5220

Sydney Crane
1714 102nd St Apt B
Lubbock, TX 79423-5004

TSYS
1 Tsys Way
Columbus, GA 31901-4222

U.S. Dept of Ed. / Nelnet
Attn: Bankruptcy Claims
Po Box 82561
Lincoln, NE 68501-2561

US Bank
Po Box 21948
Eagan, MN 55121-0948

US Bank
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402-7000

Valerie Hill
2706 21st St
Lubbock, TX 79410-1521

Volkswagen Credit, Inc.
Attn: Bankruptcy
Po Box 3
Hillsboro, OR 97123-0003

Wells Fargo
Attn: Bankruptcy
Po Box 10347
Des Moines, IA 50306-0347

Wells Fargo
Attn: Bankruptcy
Po Box 14517
Des Moines, IA 50306-3517

Wells Fargo Bank
MAC X2303-01A
1 Home Campus 3rd Floor
Des Moines, IA 50328-0001

Wild Lark Strategies, LLC
d/b/a Wild Lark Books
513 Clubview Dr
Levelland, TX 79336-6311

Yvonne Hazelton
207 Montclair Ave
Tulsa, OK 74104-2127

Yvonne Racz-Key
2813 22nd St
Lubbock, TX 79410-1619

Zwicker & Associates, P.C.
80 Minuteman Rd
Andover, MA 01810-1008