IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| In Re: | § § | No. 24-50120 |
| Ian Van Reenen | § § | |
| Brianne Elaine Van Reenen | § | Chapter 7 |
| | § § | |
| Debtor(s) | § | |

**EMPLOYEE INCOME RECORDS**

Attached hereto are redacted copies of Debtor's Employee Income Records for the 60 days immediately prior to filing in accord with 11 U.S.C. 521(a) (1) (B) (iv).

JACK THOMPSON INVESTMENTS, INC.
2313 BROADWAY
LUBBOCK, TX 79401-2916

IAN VAN REENEN
513 CLUBVIEW DR
LEVELLAND, TX 79336

| **Employee Pay Stub** | Check number: DRAFT | | | Pay Period: 03/23/2024 - 04/05/2024 | Pay Date: 04/12/2024 |
|---|---|---|---|---|---|
| **Employee** | | | | **SSN** | |
| IAN VAN REENEN, 513 CLUBVIEW DR, LEVELLAND, TX 79336 | | | | ***-**-4543 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| LEGAL COUNSEL | 100.00 | | 384.62 | 8,461.56 |
| RETIREMENT BONUS | | | | 2,400.00 |
| | 100.00 | | 384.62 | 10,861.56 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| VISION (Pre-Tax) | | -9.93 |
| HINSURANCE (Pre-Tax) | | -701.92 |
| | | -711.85 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | -557.00 |
| Social Security Employee | -23.84 | -629.28 |
| Medicare Employee | -5.58 | -147.17 |
| | -29.42 | -1,333.45 |
| **Net Pay** | 355.20 | 8,816.26 |

JACK THOMPSON INVESTMENTS, INC.
2313 BROADWAY
LUBBOCK, TX 79401-2916

IAN VAN REENEN
513 CLUBVIEW DR
LEVELLAND, TX 79336

| Employee Pay Stub | Check number: DRAFT | Pay Period: 04/06/2024 - 04/19/2024 | Pay Date: 04/26/2024 |
|---|---|---|---|
| **Employee** | | **SSN** | |
| IAN VAN REENEN, 513 CLUBVIEW DR, LEVELLAND, TX 79336 | | ***-**-4543 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| LEGAL COUNSEL | 100.00 | | 384.62 | 8,846.18 |
| RETIREMENT BONUS | | | | 2,400.00 |
| | 100.00 | | 384.62 | 11,246.18 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| VISION (Pre-Tax) | | -9.93 |
| HINSURANCE (Pre-Tax) | | -701.92 |
| | | -711.85 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | -557.00 |
| Social Security Employee | -23.85 | -653.13 |
| Medicare Employee | -5.58 | -152.75 |
| | -29.43 | -1,362.88 |

| **Net Pay** | **355.19** | **9,171.45** |
|---|---|---|

JACK THOMPSON INVESTMENTS, INC.
2313 BROADWAY
LUBBOCK, TX 79401-2916

IAN VAN REENEN
513 CLUBVIEW DR
LEVELLAND, TX 79336

| Employee Pay Stub | Check number: DRAFT | Pay Period: 04/20/2024 - 05/03/2024 | Pay Date: 05/10/2024 |
|---|---|---|---|
| **Employee** | | **SSN** | |
| IAN VAN REENEN, 513 CLUBVIEW DR, LEVELLAND, TX 79336 | | ***-**-4543 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| LEGAL COUNSEL | 100.00 | | 384.62 | 9,230.80 |
| RETIREMENT BONUS | | | | 2,400.00 |
| | 100.00 | | 384.62 | 11,630.80 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| VISION (Pre-Tax) | | -9.93 |
| HINSURANCE (Pre-Tax) | | -701.92 |
| | | -711.85 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | -557.00 |
| Social Security Employee | -23.84 | -676.97 |
| Medicare Employee | -5.57 | -158.32 |
| | -29.41 | -1,392.29 |
| **Net Pay** | 355.21 | 9,526.66 |

JACK THOMPSON INVESTMENTS, INC., 2313 BROADWAY, LUBBOCK, TX 79401-2916    Powered by Intuit Payroll

Jack Thompson Investments, Inc.
2313 Broadway
Lubbock, TX 79401

| Check Date | Reference No. |
|---|---|
| 05/24/2024 | 2000027 |

| Amount |
|---|
| $355.19 |

# Direct Deposit Voucher

Payee

Div.: 0 / Dept.: 9
**Ian Van Reenen**
513 Clubview Dr
Levelland, TX 79336

## Non-Negotiable

Fold Here

5/22/2024 10:14:11 AM

| Company Name | Jack Thompson Investments, Inc. | | | | | | | | | | | | Processed By Snelling Payroll Services | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | 2313 Broadway Lubbock, TX 79401 | | | | | | | | | | | | (806) 747-2856 | |
| DBA | | | | | | | | | | | | | | |
| Employee Name | Ian Van Reenen | | | | | | | UCI TX | Tax Status | | | Dep | Flat E/F | % E/F |
| Company No. | 2313 | Payroll No. | 19 | | Pay Freq. | Bi-Weekly | Federal | | Married | (4a) | 0.00 | | | |
| Employee No. | 44543 | Division No. | 0 | | Start Date | 05/04/2024 | | (2c) ☐ (3) | | 0.00 | (4b) | 0.00 | | |
| SSN No. | *******4543 | Home Dept. No. | 9 | | End Date | 05/17/2024 | (W) TX | | N/A | | | | | |
| Check No. | 2000027 | Net Pay | 355.19 | | Check Date | 05/24/2024 | | | | | | | | |

| | Earnings | | | | | | | Taxes | | | Deductions & Memos | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. No. | Current | | | | Year-to-Date | | | Tax Description | Current Amount | YTD Amount | Deduction Description | Current Amount | YTD Amount | |
| | Description | Rate | Hours | Amount | Description | Hours | Amount | | | | | | | |
| 9 | 0-Regular Pay | | | 384.62 | 0-Regular Pay | | 9,615.42 | Federal WH | 0.0 | 557.00 | 5-Health Ins Pre- | 0.00 | 701.92 | |
| | | | | | 4-Retirement Bo | | 2,400.00 | OASDI | 23.8 | 700.82 | 10-Vision Pre-Tax | 0.00 | 9.93 | |
| | | | | | | | | Medicare | 5.5 | 163.90 | | | | |
| | Employee Totals | | | 384.62 | Total YTD: | | 12,015.42 | | 29.4 | 1,421.72 | | 0.00 | 711.85 | |

| Account Type | Bank Routing No. | Bank Account No. | Amount Deposited |
|---|---|---|---|
| Checking | *****1737 | ****9786 | 355.19 |

Company Memo:                                             Private Memo:

Farley Law, PLLC
7000 N Mo Pac Expy Fl 2
Austin TX 78731

Pay Stub Detail
PAY DATE: 03/31/2024
NET PAY: $11,199.62

Ian van Reenen
513 CLUBVIEW DR
LEVELLAND TX 79336

**EMPLOYER**
Farley Law, PLLC
7000 N Mo Pac Expy Fl 2
Austin TX 78731

**PAY PERIOD**
Period Beginning        03/01/2024
Period Ending:          03/31/2024
Pay Date:               03/31/2024

**EMPLOYEE**
Ian van Reenen
513 CLUBVIEW DR
LEVELLAND TX 79336

NET PAY:                $11,199.62
Acct#....9786:          $11,199.62

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 13,750.00 | 34,375.52 |
| Reimbursement | - | - | 0.00 | 236.17 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 1,498.50 | 3,324.73 |
| Social Security | 852.50 | 2,131.28 |
| Medicare | 199.38 | 498.45 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $13,750.00 | $34,611.69 |
| Taxes | $2,550.38 | $5,954.46 |
| Deductions | $0.00 | $0.00 |

Net Pay          $11,199.62

Farley Law, PLLC
7000 N Mo Pac Expy Fl 2
Austin TX 78731

Pay Stub Detail
PAY DATE: 04/30/2024
NET PAY: $11,199.63

Ian van Reenen
513 CLUBVIEW DR
LEVELLAND TX 79336

**EMPLOYER**
Farley Law, PLLC
7000 N Mo Pac Expy Fl 2
Austin TX 78731

**EMPLOYEE**
Ian van Reenen
513 CLUBVIEW DR
LEVELLAND TX 79336

| PAY PERIOD | |
|---|---|
| Period Beginning | 04/01/2024 |
| Period Ending: | 04/30/2024 |
| Pay Date: | 04/30/2024 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Human Interest - Roth | 0.00 | 0.00 |
| Human Interest - Traditional | 0.00 | 0.00 |

| | |
|---|---|
| **NET PAY:** | **$11,199.63** |
| Acct#....9786: | $11,199.63 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 13,750.00 | 48,125.52 |
| Reimbursement | - | - | 0.00 | 236.17 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Human Interest - Roth | 0.00 | 0.00 |
| Human Interest - Traditional | 0.00 | 0.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 1,498.50 | 4,823.23 |
| Social Security | 852.50 | 2,983.78 |
| Medicare | 199.37 | 697.82 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $13,750.00 | $48,361.69 |
| Taxes | $2,550.37 | $8,504.83 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$11,199.63** | |