BTXN 127 (rev. 1/14)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: Brianne Van Reenan § Case No.: 2450120
Wild Lark Books LLC §
§
Debtor(s) §
§
§

**FILED**

JUN 10 2024

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a ✓ creditor ___ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | Sydney Crane |
|----|---------------------|--------------|
| 2. | Name and Title of Authorizing Officer or Representative (If Claimant is an individual, skip to Question No. 3) | |
| 3. | Current Mailing Address | 1714 102nd St #B<br>Lubbock, Texas 79423 |
| 4. | Telephone Number | 210-872-3366 |
| 5. | SS# (last 4 digits only) or EIN # | 0345 |
| 6. | Amount Being Claimed | $1,500 |

I, Sydney Crane, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 4-30-24    Sydney Crane    _____
                 Claimant Signature    Co-Claimant Signature

Subscribed and Sworn to Before Me this 30th day of April, 2024.

**LORI MINNER**
Notary Public, State of Texas
Comm. Expires 10-19-2025
Notary ID 4471495

Lori Minner
Notary Public
In and for the State of Texas

My commission expires 10-19-2025

## CERTIFICATE OF SERVICE

    In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 4-30-24

_Sydney Crane_
Claimant's Signature



**Reward Checking**

XXXXXX5767

**Amount:** $-1,500.00

**Category:** Shopping

**Statement Description:** POS DEB 1514 10/14/22 15142061 IN WILD LARK STRATEGIES IN WILD LARK STRA LEVELLAND TX C#6683

**Online Description:** In Wild Lark Strategies Stra

**Posted Date:** 10/17/2022

**Type:** Debit

**Status:** Posted

