Certificate Number: 06531-TXN-DE-038641613

Bankruptcy Case Number: 24-50120



06531-TXN-DE-038641613

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 7, 2024, at 9:58 o'clock PM CDT, Brianne Van Reenen completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date: July 7, 2024

By: /s/Stephanie Kjetland

Name: Stephanie Kjetland

Title: Credit Counselor