

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed July 18, 2024

_____
**United States Bankruptcy Judge**

_____

BTXN 210 (rev. 05/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                              §
Ian Van Reenen                      §   Case No.:  24−50120−rlj7
Brianne Elaine Van Reenen           §   Chapter No.:  7
                    Debtor(s)       §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court finds that Sydney Crane filed an Application for Payment of Unclaimed Funds on 06/10/2024 in the amount of $1,500.00.

The Court, after review of the application, finds:

- ☒ no funds are on record for the claimant
- ☐ no documents of proof are provided with the application
- ☐ insufficient documentation has been provided with the application
- ☐ required Form AO 213 not provided with the application
- ☐ the application was not served on the US Attorney
- ☐ Other:

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

### # # # End of Order # # #