

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed July 18, 2024

_____
**United States Bankruptcy Judge**
_____

BTXN 210 (rev. 05/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Ian Van Reenen § Case No.: 24−50120−rlj7
Brianne Elaine Van Reenen § Chapter No.: 7
　　　　　　　　　　　Debtor(s) §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court finds that Sydney Crane filed an Application for Payment of Unclaimed Funds on 06/10/2024 in the amount of $1,500.00.

The Court, after review of the application, finds:

☒ no funds are on record for the claimant

☐ no documents of proof are provided with the application

☐ insufficient documentation has been provided with the application

☐ required Form AO 213 not provided with the application

☐ the application was not served on the US Attorney

☐ Other:

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 24-50120-rlj |
| Ian Van Reenen | Chapter 7 |
| Brianne Elaine Van Reenen | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-5 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 19, 2024 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + Sydney Crane, 1714 102nd St. #B, Lubbock, TX 79423-5004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Myrtle Davis McDonald | myrtlemcdonald1@gmail.com mmcdonald@ecf.axosfs.com |
| Sam C. Gregory | on behalf of Joint Debtor Brianne Elaine Van Reenen ndtx@lubbockbankruptcy.net;ndtx3@lubbockbankruptcy.net;samcgregorypllc@jubileebk.net |
| Sam C. Gregory | on behalf of Debtor Ian Van Reenen ndtx@lubbockbankruptcy.net;ndtx3@lubbockbankruptcy.net;samcgregorypllc@jubileebk.net |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4