BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Ian Van Reenen | § | Case No.:  24–50120–rlj7 |
| Brianne Elaine Van Reenen | § | Chapter No.:  7 |
| Debtor(s) | § | |

## ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED:  9/11/24

FOR THE COURT:
Stephen J Manz, Clerk of Court