| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Ian Van Reenen<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4543<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Brianne Elaine Van Reenen<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3952<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Northern District of Texas | | |
| Case number:   24–50120–rlj7 | | |

## Order of Discharge                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ian Van Reenen
aka Ian Vanreenen, fka Ian Van Reenen Jr

Brianne Elaine Van Reenen
aka Brianne Elaine Vanreenen, fka Brianne E Jamison

9/11/24

**By the court:** Robert L. Jones
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 24-50120-rlj |
| Ian Van Reenen | Chapter 7 |
| Brianne Elaine Van Reenen | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-5 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 12, 2024 | Form ID: 318 | Total Noticed: 67 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Ian Van Reenen, Brianne Elaine Van Reenen, 513 Clubview Dr, Levelland, TX 79336-6311 |
| cr | + | Sydney Crane, 1714 102nd St. #B, Lubbock, TX 79423-5004 |
| 20484392 | | Bankers Healthcare Group, LLC / ApexCard, c/o Cardmember Services, Po Box 332509, Murfreesboro, TN 37133-2509 |
| 20484394 | | Betsy Bass, 3310 20th St, Lubbock, TX 79410-1412 |
| 20484395 | | Bookshop.org, c/o Bookshop, Inc., 463 Lincoln Pl # 200, Brooklyn, NY 11238-6201 |
| 20484398 | | Cheryl Ann Brewer, 9805 Grover Ave, Lubbock, TX 79424-3805 |
| 20484400 | | Doc Tweedy, 25 Parklane Dr, Ransom Canyon, TX 79366-2214 |
| 20484401 | + | Don Hammons, 34 Jamestown Dr., Searcy, AR 72143-7104 |
| 20484404 | | Gary Goff, 8404 Genoa Ave, Lubbock, TX 79424-3613 |
| 20484405 | | Hockley County Tax Office, c/o Perdue, Brandon, et. al., Po Box 817, Lubbock, TX 79408-0817 |
| 20484406 | | IngramSpark, c/o Ingram Content Group, 1 Ingram Blvd, La Vergne, TN 37086-3629 |
| 20484408 | | James Villanueva, 355 W Panhandle St, Slaton, TX 79364-3411 |
| 20484409 | | Jenni Avery, 4804 120th St, Lubbock, TX 79424-8452 |
| 20484410 | | Jenny Paxton, 3001 Pointer Ln Unit 11b, Odessa, TX 79765-2196 |
| 20484411 | | John Brown, 2501 61st St, Lubbock, TX 79413-5647 |
| 20484412 | + | Jordyn Moore, 5728 37th Street, Lubbock, TX 79407-4013 |
| 20484413 | | Kayla Willis, Po Box 1341, Saratoga, WY 82331-1341 |
| 20484414 | | Kellie Robinson, 3710 134th St, Lubbock, TX 79423-6156 |
| 20484415 | | Kenlea Barnes, 718 Park Blvd Apt 3, Baton Rouge, LA 70806-5356 |
| 20484416 | | Landry & Jacobs, LLC, 50 N Laura St Ste 2500, Jacksonville, FL 32202-3646 |
| 20484417 | | Lauren Koetting, 4709 79th St, Lubbock, TX 79424-3205 |
| 20484419 | + | Lisa Brewer, 5412 71st Street, Lubbock, TX 79424-2000 |
| 20484420 | + | Magen Cantwell, 302 W. Franklin, Alvord, TX 76225-5302 |
| 20484421 | | Mark Bearden, 5917 67th St Apt 204, Lubbock, TX 79424-2972 |
| 20484422 | | Mark Wentling, 2320 57th St, Lubbock, TX 79412-2532 |
| 20484423 | | Max L Knight, 4351 Knollpass, San Antonio, TX 78247-2154 |
| 20484424 | | Michael Wenzler, 3948 E Fenbrook Ln, Bloomington, IN 47401-7738 |
| 20484427 | | Nancy Ormon, 10608 Winston Ave, Lubbock, TX 79424-7415 |
| 20484429 | | Paul Bullock, 2215 32nd St, Lubbock, TX 79411-1719 |
| 20484430 | | Payne, Powell & Truitt Law Group, 2529 74th St, Lubbock, TX 79423-1405 |
| 20484431 | + | Plains Realty Investments, LLC, Attn: Dustin Jones, 6824 Wayne Ave. Ste. 3, Lubbock, TX 79424-1649 |
| 20484432 | | Rafe Foreman, 81 E Canyonview Dr, Ransom Canyon, TX 79366-2308 |
| 20484433 | | Richard Young, 4108 Galt Ave, Fort Worth, TX 76109-4707 |
| 20484434 | + | Sarah Mattison, 9745 Grand Teton Drive Unit 3086, Las Vegas, NV 89166-1025 |
| 20484436 | | Sydney Crane, 1714 102nd St Apt B, Lubbock, TX 79423-5004 |
| 20484441 | | Valerie Hill, 2706 21st St, Lubbock, TX 79410-1521 |
| 20484446 | | Wild Lark Strategies, LLC d/b/a Wild Lark Books, 513 Clubview Dr, Levelland, TX 79336-6311 |
| 20484447 | | Yvonne Hazelton, 207 Montclair Ave, Tulsa, OK 74104-2127 |
| 20484448 | | Yvonne Racz-Key, 2813 22nd St, Lubbock, TX 79410-1619 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QMLMCDONALD.COM | | |
| | | | Sep 13 2024 01:27:00 | Myrtle Davis McDonald, 3305 66th St., Suite 3, |

| District/off: 0539-5 | User: admin | | Page 2 of 3 |
|---|---|---|---|
| Date Rcvd: Sep 12, 2024 | Form ID: 318 | | Total Noticed: 67 |

| Recipient ID | Notice Method | Date/Time | Address |
|---|---|---|---|
| | | | Lubbock, TX 79413-5736 |
| cr | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Sep 12 2024 21:35:00 | U.S. BANK NATIONAL ASSOCIATION, 2800 Tamarack Road, Owensboro, KY 42301, UNITED STATES |
| 20484387 | Email/PDF: bncnotices@becket-lee.com | Sep 12 2024 21:58:07 | American Express, Po Box 981535, El Paso, TX 79998-1535 |
| 20484388 | Email/PDF: bncnotices@becket-lee.com | Sep 12 2024 21:46:49 | American Express, Attn: Correspondence / Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 20484389 | Email/Text: tsommer@cybersource.com | Sep 12 2024 21:36:00 | Authorize.net, Po Box 8999, San Francisco, CA 94128-8999 |
| 20484391 | Email/Text: bankruptcy@bhg-inc.com | Sep 12 2024 21:34:00 | Bankers Healthcare Group, LLC, 10234 W State Road 84, Davie, FL 33324-4202 |
| 20484390 | Email/Text: bankruptcy@bhg-inc.com | Sep 12 2024 21:34:00 | Bankers Healthcare Group, LLC, 201 Solar St, Syracuse, NY 13204-1425 |
| 20484393 | EDI: TSYS2 | Sep 13 2024 01:27:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 20484396 | EDI: CAPITALONE.COM | Sep 13 2024 01:27:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake Cty, UT 84130-0285 |
| 20484402 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Sep 12 2024 21:35:00 | Firstmark Serviced Trust, Po Box 82522, Lincoln, NE 68501-2522 |
| 20484403 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Sep 12 2024 21:35:00 | Firstmark Services, Attn: Bankruptcy, 121 S 13th St Ste 201, Lincoln, NE 68508-1911 |
| 20484407 | EDI: IRS.COM | Sep 13 2024 01:27:00 | IRS (Internal Revenue Service), Special Procedures - Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 20484397 | EDI: JPMORGANCHASE | Sep 13 2024 01:27:00 | Chase Bank, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 20484386 | EDI: JPMORGANCHASE | Sep 13 2024 01:27:00 | Amazon / Chase Bank, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 20484418 | EDI: LENDNGCLUB | Sep 13 2024 01:27:00 | Lending Club, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-2802 |
| 20484426 | Email/Text: e-service@mosslawfirmpc.com | Sep 12 2024 21:35:00 | Moss Law Firm P.C., Po Box 65020, Lubbock, TX 79464-5020 |
| 20484425 | Email/Text: bankruptcydpt@mcmcg.com | Sep 12 2024 21:35:00 | Midland Credit Mgt. / Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 20484428 | Email/Text: dawn.theiss@usdoj.gov | Sep 12 2024 21:36:00 | Office of the U.S. Attorney, Attorney-In-Charge, 1205 Texas Ave, Lubbock, TX 79401-4037 |
| 20484435 | Email/Text: courts@scott-pc.com | Sep 12 2024 21:36:00 | Scott & Associates, PC, Po Box 115220, Carrollton, TX 75011-5220 |
| 20484437 | Email/Text: payroll.corp@globalpay.com | Sep 12 2024 21:35:00 | TSYS, 1 Tsys Way, Columbus, GA 31901-4222 |
| 20484439 | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Sep 12 2024 21:35:00 | US Bank, Po Box 21948, Eagan, MN 55121-0948 |
| 20484438 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 12 2024 21:35:00 | U.S. Dept of Ed. / Nelnet, Attn: Bankruptcy Claims, Po Box 82561, Lincoln, NE 68501-2561 |
| 20484440 | EDI: USBANKARS.COM | Sep 13 2024 01:27:00 | US Bank, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 20484442 | Email/Text: vci.bkcy@vwcredit.com | Sep 12 2024 21:35:00 | Volkswagen Credit, Inc., Attn: Bankruptcy, Po Box 3, Hillsboro, OR 97123-0003 |
| 20484444 | EDI: WFFC2 | Sep 13 2024 01:27:00 | Wells Fargo, Attn: Bankruptcy, Po Box 14517, Des Moines, IA 50306-3517 |
| 20484443 | EDI: WFFC2 | | |

| District/off: 0539-5 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 12, 2024 | Form ID: 318 | Total Noticed: 67 |

| | | | Sep 13 2024 01:27:00 | Wells Fargo, Attn: Bankruptcy, Po Box 10347, Des Moines, IA 50306-0347 |
|---|---|---|---|---|
| 20484445 | | EDI: WFFC2 | | |
| | | | Sep 13 2024 01:27:00 | Wells Fargo Bank, MAC X2303-01A, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |
| 20484449 | | Email/Text: bkfilings@zwickerpc.com | | |
| | | | Sep 12 2024 21:36:00 | Zwicker & Associates, P.C., 80 Minuteman Rd, Andover, MA 01810-1008 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 20484385 | | Adrian Poradek, Address Unknown |
| 20484399 | | Christopher Hooten, Address Unknown |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 14, 2024              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Myrtle Davis McDonald | myrtlemcdonald1@gmail.com  mmcdonald@ecf.axosfs.com |
| Sam C. Gregory | on behalf of Joint Debtor Brianne Elaine Van Reenen ndtx@lubbockbankruptcy.net;ndtx3@lubbockbankruptcy.net;samcgregorypllc@jubileebk.net |
| Sam C. Gregory | on behalf of Debtor Ian Van Reenen ndtx@lubbockbankruptcy.net;ndtx3@lubbockbankruptcy.net;samcgregorypllc@jubileebk.net |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4